UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Nidhal Ihssan Beydoun,

    Plaintiff,

                              Civil Case No. 20-11286

v.

Commissioner of Social Security,      Sean F. Cox
                                             United States District Court Judge

    Defendant.
_____/

**ORDER ADOPTING
8/12/21 REPORT AND RECOMMENDATION**

    Plaintiff Nidhal Ihssan Beydound filed this action seeking judicial review of Defendant Commissioner's final decision denying her application for Period of Disability and Disability Insurance Benefits under the Social Security Act. The matter was referred to Magistrate Judge Curtis Ivy, Jr. for determination of all non-dispositive motions under 28 U.S.C. § 636(b)(1)(A) and issuance of a report and recommendation pursuant to 28 U.S.C. § 636(b)(1)(B) and (C). Thereafter, the parties filed cross-motions for summary judgment.

    In a Report and Recommendation ("R&R") issued on August 12, 2021, the magistrate judge recommends that the Court: 1) deny Plaintiff's motion; 2) grant the Commissioner's motion; and 3) affirm the ALJ's decision.

    Pursuant to FED. R. CIV. P. 72(b), a party objecting to the recommended disposition of a matter by a Magistrate Judge must filed objections to the R&R within fourteen (14) days after being served with a copy of the R&R. "The district judge to whom the case is assigned shall make a *de novo* determination upon the record, or after additional evidence, of any portion of the

magistrate judge's disposition to which specific written objection has been made." *Id*.

The time for filing objections to the R&R has expired and the docket reflects that neither party has filed objections to the R&R. The Court hereby ADOPTS the August 12, 2021 R&R.

IT IS ORDERED that Plaintiff's Motion for Summary Judgment is DENIED.

IT IS FURTHER ORDERED that the Commissioner's Motion for Summary Judgment is GRANTED and the ALJ's decision is AFFIRMED.

IT IS SO ORDERED.

                                                s/Sean F. Cox
                                                Sean F. Cox
                                                United States District Judge

Dated: August 27, 2021